1908.) Action by John Park against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

PARKS, Appellant, v. ALLEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Charles Parks against William Allen.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., dissents.

---

PEOPLE v. BOW. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against Louis Bow. No opinion. Motion granted. Order filed.

---

PEOPLE v. DAINER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against David Dainer. No opinion. Motion granted. Order filed.

---

PEOPLE, Respondent, v. DILLON, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Proceedings by the people of the state of New York against James Dillon. P. A. McManus, for appellant. R. S. Johnstone, for the People. No opinion. Judgment and order affirmed, on authority of People v. Spier, 120 App. Div. 786, 105 N. Y. Supp. 741. Order filed.

---

PEOPLE v. FERRO. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against Joseph Ferro. No opinion. Motion granted. Order filed.

---

PEOPLE v. GENOVESE. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against Samuel Genovese. No opinion. Motion granted. Order filed.

---

PEOPLE v. GETZOFF. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against Samuel Getzoff. No opinion. Order filed.

---

PEOPLE, Respondent, v. HEMLEB, Appellant. (Supreme Court, Appellate Division, Second Department, October 22, 1908.) Proceedings by the people of the state of New York against Henry Hemleb. No opinion. Motion denied. See, also, 127 App. Div. 356, 111 N. Y. Supp. 690.

---

PEOPLE v. JACKSON. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Appeal from Court of Special Sessions of City of New York. John Jackson was convicted for keeping a disorderly house, and he appeals. Reversed. J. L. Prager, for appellant. Alexander A. Mayper, for respondent.

PER CURIAM. We do not consider that the evidence of defendant's guilt was of the convincing character required to support a conviction upon a criminal prosecution. The judgment of conviction must therefore be reversed.

---

PEOPLE, Respondent, v. LIBERMAN DAIRY CO., Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Proceedings by the people of the state of New York against the Liberman Dairy Company. A. W. Weil, for appellant. H. W. Bridges, for the People. No opinion. Judgment affirmed, with costs on People v. Koster, 121 App. Div. 853, 106 N. Y. Supp. 793, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed. See, also, 59 Misc. Rep. 22, 109 N. Y. Supp. 1067.

---

PEOPLE v. LOGAN. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Arthur Logan was convicted of a public offense, and he appeals. Affirmed.

PER CURIAM. Judgment and order affirmed.

KRUSE, J. (dissenting). I dissent upon the following grounds: (1) It was prejudicial error to permit proof of the action for false arrest, and comment thereon, as was done. The court should have charged regarding the same as requested. (2) But for this fact, and proof of general bad character of the defendant, which was likewise improper under the circumstances (People v. Hinksman, 192 N. Y. 421, 85 N. E. 676), it is not at all likely that the jury would have convicted the defendant. The case at best is very close upon the evidence. I therefore vote for reversal.

---

PEOPLE, Appellant, v. LUDINGTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Proceedings by the people of the state of New York against Varnum V. Ludington. No opinion. Judgment affirmed.

---

PEOPLE v. MERCHANTS' TRUST CO. et al. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) Proceedings by the people of the state of New York against the Merchants' Trust Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

PEOPLE v. MILLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against Samuel Miller. No opinion. Motion granted. Order filed.

---

PEOPLE v. POILLON. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against Charlotte Poillon. No opinion. Motion granted. Order filed.

---

PEOPLE v. POILLON. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against Katherine Poillon. No opinion. Motion granted. Order filed.

---

PEOPLE v. POLITO. (Supreme Court, Appellate Division, Fourth Department. Novem-